PD-1558-14

from: David West Gaubotz    Cause no: PD-1558-14

Would you please file this letter and documents
with my motion for bail that was sent on
October 15, 2015. It is very important to me
that the Judges receive this information.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 30 2015
AbelAcosta,Clerk

Thank you so much

FILED IN
COURT OF CRIMINAL APPEALS
NOV 02 2015
Abel Acosta, Clerk

To the ladies and gentlemen of the court of Criminal appeals - Austin

Thank you for taking time to read my letter.
My Name is David Gawlotz and my Case number is PO-1558-14.
I apologize for the handwritten letter, I am in a small County
jail with very few resources. The reason for my letter is to
Clear up any Confusion you may be having about my representation
and to let you know about some serious issues my family and I
are dealing with at this time, I was very hesitant about sending
this Certificate and obituarys to your office, but I didet want
you to think I was just making all this up, I wish to God I was,
I wish this was all just a bad dream, but its not.

On my attorney situation, Mr. Paul DeCuir was my pid attorney
out of Houston, his name is listed on the P.D.R. He went to
trial with me and also filed my appeal with the 9th Court of
appeals in Beaumont which reversed and remanded the case on
October 29, 2014. About the same time the opinion was handed
down Mr. DeCuir fell ill and was hospitalized. I told my family
Not to put extra stress on him that we would Contact him when
he got better, which never happend, he passed away on February 26, 2015.
So the motion for bail was never filed with the Court of appeals
in Beaumont, I found out about Mr. DeCuirs passing in March
and ended up having to get Court appointed Counsel due to
all my funds and assets being exausted. Miss Sameka Trahan
took over my Case on April 24, 2015. and Im pretty sure she
has never handled a case on appeal before. It took five
months to get the motion for bail perfected. We went back
and forth through the mail system trying to get the format

and information correct, I finally signed the unsworn declaration on September 30, 2015. I did call the courts office to verify the motion was sent, and the gentleman said it was on file as of October 15, 2015. I've only had the chance to speak with Miss Trahan for one brief moment in six months, which is very unsettling. I really need a chance to at least speak with someone on the outside about my case, or have access to some updated books that I can study. The big reason for this is, I am in real fear of going back to trial in the courts here in Liberty County.

I was on the docket for October 6, 2015, but didn't get called out because the motion for bail was not sent yet.

But what really put the fear in me was what was said in the courtroom that day, this information got back to me from a very reliable source, It was another attorney that was in the courtroom that day. My name was actually called out for docket call, and Miss Trahan answered saying "we are waiting on the C.C.A." after Miss Trahan spoke, the asst. district attorney on my case Mr. Stephen C. Taylor was overheard talking to another gentleman saying "man that guy should of been out months ago, his attorney doesn't know what she is doing"

The man asked "who is his attorney" and Mr. Taylor answered, "the fat one over there, and I think I've found a way to use her incompetence to give the guy up to twenty years"

I think him saying that was very unprofessional, especially when other people could hear him. And I feel the need to talk to miss Trahan about this so she will be

informed about what were up against, but that could cause Chaos in the Courtroom then Judge Chap B. Cain would be Vindictive towards me also, which I feel is going to happen anyways, Im very scared because I Know they are angry that the decision was reversed, this is one of the reasons I hope you will grant my bail. I need to look into some options to defend myself. I have been incarcerated for over two years now, and have paid dearly for Coming here. besides losing Mr. De Cuir in February, a really good lawyer and a great guy. These last five months have been totally devastating to my family and I. This is going to be hard to write about but I feel I need to. The obituarys I sent are my wifes and daughters. I say wife because Nikki and I were together for twenty-two years and had planed on finally getting married when I returned home, but she passed away on may 14, 2015 while visiting her family up in Michigan, My heart is Crushed, She was my Queen and my best friend, We worked together side by side everyday doing electrical work, We were a great team, I will miss her every single day. I really dident think it could get any worse being in here and not getting to say good bye to Nikki. But then my mother Came to visit me out of the blue, I Knew something had to be wrong because I told everyone not to Visit me in here, I just dont like people to see me like this. When I turned the Corner in Visitation and saw my Moms face, I Knew something terrible had happend, I dident want to pick up the phone and put it to my ear, but I had No Choice.

When she told me the worst news a father could ever hear. She told me Jami my only child was no longer with us either. I felt like the whole universe came crashing down on me. I couldent talk, the only word I got out was - how? When she said they didnt know anything yet, It was under investigation by internal affairs in Houston, because she died in police custody before she made it to the jail, this happend July 26, 2015, just seventy-four days after my wife passed away. Jami was only twenty-nine years old. That little girl was my everything, She was the center of our family. I just dont know why or how this could of happend.

My Mother said at first the police department and the detective were talking to her and returning her calls, they kept telling her they were waiting on internal affairs to finish with their investigation. When she said all of the sudden everyone stoped talking to her and never returned her calls anymore. Now she dosent know what to do or who to turn to. My Mother is getting older and can not handle this terrible situation by herself. My little sister is trying to help her as much as possible but she has two kids and a full time job herself. My sister told me she is worried about our mothers health and said that she is taking all of this really hard. I cant even imagine losing my Mother too, I wouldent make it. I only get the chance to speak with her once a week. She had to pay for my daughters funeral so she cant afford the phone bills, Its very hard not knowing whats going on.

I need to know what happend to my daughter, and I really need to be at my moms side at this time. I need her and she need me. We have to come together as a family at this horrible time in our lives.

please consider all of my issues when making your decision on my bail, and again thank you for taking time for my letter.

sincerly,

David West Gaubatz

NO. PD-1558-14

| | | |
|---|---|---|
| EX PARTE | ) ) ) ) ) | IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF TEXAS |
| DAVID W. GAUBATZ [Applicant] | | |

Texas Criminal Practice Guide                    1

© 2015 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

*AFFIDAVIT OF INDIGENCY*

                                                        )
                                                        )
STATE OF TEXAS COUNTY OF                                )
    LIBERTY                                              )


        BEFORE ME, the undersigned Notary Public, on this day personally appeared
DAVID W. GAUBATZ [name], who, being by me duly sworn on oath deposed and wrote the following
affidavit, and averred that every statement contained in this affidavit is within _____HIS_____ [his
or her] personal knowledge and is true and correct:


        "I am the appellant in the above-entitled and numbered cause and am currently confined in the
___LIBERTY_____ County Jail in lieu of being able to post $__O___ [allege amount of bond] bail. I
am unable to post this bail because I do not have the financial resources to either post this entire amount
or make arrangements for a surety bond to be posted on my behalf. Nor do I have sufficient property that
may be posted in lieu of a cash or surety bond.

Texas Criminal Practice Guide                          1

© 2015 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

I have no current source of income and have no financial reserves in the form of bank accounts, savings accounts, certificates of deposit, or any other financial instruments that I can draw upon to obtain cash for the posting of a bail bond. Further, I have no real or personal property that I can sell in order to obtain the funds to post a bail bond. I certify that I am wholly without the financial resources to post bond in any amount."

_David W. Daulet_ [signature of affiant]

SUBSCRIBED AND SWORN TO BEFORE ME on the ___27___ day of __October__, 20_15_, to certify which witness my hand and official seal.

[Seal] _Claudett Thompson_ [signature]
_Claudette Thompson_ [typed name]
Notary Public in and for
the State of Texas
My commission expires _10 - 31_ , 20_18_



CLAUDETTE THOMPSON
Notary Public, State of Texas
My Commission Expires
October 31, 2018

Texas Criminal Practice Guide                    1

© 2015 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



# DEPARTMENT OF STATE HEALTH SERVICES
# VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS

AUG 04 2015

**STATE OF TEXAS** — **CERTIFICATE OF DEATH** — **STATE FILE NUMBER** 142-15-109835

| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | | (Maiden) | 2. DATE OF DEATH ACTUAL OR PRESUMED (mm-dd-yyyy) |
|---|---|---|---|
| JAMI NICOLE GAUBATZ | | GAUBATZ | JULY 26, 2015 |

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR Mo / Days | IF UNDER 1 DAY Hours / Min | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| FEMALE | NOVEMBER 16, 1985 | 29 | | | HOUSTON, TX |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH: ☐ Married ☐ Widowed ☐ Divorced ☒ Never Married ☐ Unknown | 9. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage) |
|---|---|---|
| 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 | | |

| 10a. RESIDENCE STREET ADDRESS | 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|---|
| 9802 GUSTY WINDS | | HOUSTON |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? ☐ Yes ☒ No |
|---|---|---|---|
| HARRIS | TEXAS | 77064 | |

| 11. FATHER'S NAME | 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| DAVID WEST GAUBATZ | NICOLE JOURNAY |

13. PLACE OF DEATH (CHECK ONLY ONE)

IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☒ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility ☐ Nursing Home ☐ Decedent's Home ☐ Other (Specify)

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP. (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO) | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| HARRIS | HOUSTON, 77030 | BEN TAUB GENERAL HOSPITAL |

| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number,City,State,Zip Code) |
|---|---|
| TIFFANY WILCOMB - AUNT | 14615 TIMBER CLIFF LANE, CYPRESS, TX 77429 |

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21. ☒ Unknown |
|---|---|---|
| ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Other (Specify) | SCOT SMITH ,BY ELECTRONIC SIGNATURE - 116337 | Section ___ Block ___ Lot ___ Space ___ |

| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23. LOCATION (City/Town, and State) |
|---|---|
| BRADSHAW CARTER CREMATORY | HOUSTON, TX |

| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| CYPRESS - FAIRBANKS FUNERAL HOME | 9926 JONES ROAD, HOUSTON, TX 77065 |

26. CERTIFIER (Check only one)
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time,date and place, and due to the cause(s) and manner stated.

| 27. SIGNATURE OF CERTIFIER | 28. DATE CERTIFIED (mm-dd-yyyy) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| ALEX JOHN, M.D. , BY ELECTRONIC SIGNATURE | AUGUST 3, 2015 | P5090 | 04:49 PM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City,State,Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| ALEX JOHN, M.D. 1885 OLD SPANISH TRAIL, HOUSTON, TX 77054 | ASST. MED. EXAM |

33. PART 1. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

Approximate interval Onset to death

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. PENDING
Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST
b.
Due to (or as a consequence of):

c.
Due to (or as a consequence of):

d.

PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I.

| 34. WAS AN AUTOPSY PERFORMED? ☒ Yes ☐ No |
|---|
| 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☒ Yes ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☐ Natural ☐ Accident ☐ Suicide ☐ Homicide ☒ Pending Investigation ☐ Could not be determined | ☐ Yes ☐ No ☐ Probably ☒ Unknown | ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to one year before death ☒ Unknown if pregnant within the past year | ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) |

| 40a. DATE OF INJURY(mm-dd-yyyy) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? ☐ Yes ☐ No | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|

| 40e. LOCATION (Street and Number, City,State,Zip Code) | 40f. COUNTY OF INJURY |
|---|---|

41. DESCRIBE HOW INJURY OCCURRED

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| 0212875 | AUGUST 4, 2015 | REGISTRAR - CITY OF HOUSTON, ELECTRONICALLY FILED |

EDR NUMBER 000001745503

LHA

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED AUG 04 2015

GERALDINE R. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND





# Jami Nicole Gaubatz

**November 16, 1985 – July 26, 2015**

Jami Nicole Gaubatz was born in Houston, Texas on November 16, 1985 and passed away on July 26th, 2015 at the age of 29. She was a daughter, a granddaughter, niece and cousin and will be greatly missed. Jami was full of life, vibrant, bubbly, and outgoing and simply a ray of sunshine and will always be remembered this way.

She is survived by her Grandmother Kathy (Mamaw) Beals, Grandfather Ronnie Beals, Grandfather Joe Wilcomb, Father David Gaubatz, Mother Nicole Journay, Aunt Sabrina Gentes husband Doug, Cousins Breana, Harleigh and Laney, Aunt Tiffany Wilcomb and husband George, Cousins Hunter, Mason, Aubrey and Diego, Uncle Jeremy Wilcomb and wife Deidra, Cousins Cooper and Keely, Aunt Summer and husband Chase, Cousins Landon, Mackenzie, Oliver, Aunt Allie Beals, Cousins Lexi and Savannah.

She is proceeded in death by her great-grandparents Norbert and Dorothy Ahr.

It will be the little things that we will remember, the quiet moments, the smiles, and the laughter. And all though it seems so hard right now to accept, it will be the memories that help to ease the pain and bring back the smiles again one day.

In lieu of flowers, donations can be made at gofund.me/d57yh6xgms

Home        Obituaries        Services        About        Contact



231-825-8191

McBain, Michigan

## We are here to help
### ℘ every step of the way

## Obituaries

# Nicolle Marie Kress



Nicolle Marie Kress, age 46, of Cadillac passed away May 14, 2015 at her home. Nicolle was born April 16, 1969 in Pontiac to Larry Randall Kress and Patricia Adele LaForest. Nicolle worked as an electrical Journey man in Houston, Texas. She enjoyed social gatherings, dancing, being around people, boating and watching movies. Nicolle leaves behind her mother and stepfather Patricia and Gary Schwach of Cadillac, her father Larry Kress of Atlanta,Mi., siblings;; Angela Kristine Kress of Lake City and Kristie Lynn Kress of St. Petersburg, Florida, nieces and nephews; Nora Kress of Akron, Ohio, Brandon Riste of Lake City, Eli J. Adasiak of Owosso and her Grandmother Nora LaForest of Lake City. She also leaves behind Uncles and Aunts; Wayne and Martha LaForest of Cape Coral Florida, Linda LaForest of Traverse City, Ronnie LaForest of Lake City and her Great Aunt Beryl Jones of Lake City.

Nicolle was preceded in death by her grandpa E.J. LaForest and Uncle and Aunt Al (Darlene) LaForest.

Services for Nicolle will be announced at a later date. Arrangements were made with Burkholder Family Funeral Home in McBain. In lieu of flowers contributions may be made to your favorite charity of Munson Hospice of Cadillac.

## Funeral Service Information

Visitation:
Funeral Service:
Interment:
Officiating:



## RECENT ℘
## Obituaries

Marilyn Jean Semeyn
**May 17, 2015**
view obit | thoughts & prayers


Nicolle Marie Kress
**May 15, 2015**
view obit | thoughts & prayers

George Theodore Shovan
**May 08, 2015**
view obit | thoughts & prayers


Frank Edward Vanderwall
**April 30, 2015**
view obit | thoughts & prayers

Dora Brott
**April 29, 2015**
view obit | thoughts & prayers


Brigette Anne Crosby
**April 27, 2015**
view obit | thoughts & prayers

Lawrence Zoma Mathany
**April 24, 2015**
view obit | thoughts & prayers


Constance J. Lillie
**April 23, 2015**
view obit | thoughts & prayers


Roger Mishler
**April 23, 2015**
view obit | thoughts & prayers


Ella Odell Hopkins
**April 20, 2015**
view obit | thoughts & prayers